

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00727-CR

Jard **KABBELLIYA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11482
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The clerk's record was filed October 24, 2014. The reporter's records have not yet been filed. Before the clerk's record was filed, appellant filed a pro se motion to dismiss. However, we have not ruled on this motion because appellant has appointed counsel, and counsel did not sign the motion filed by appellant. We contacted appellant's appointed counsel, Mr. Gary F. Churak, who advised he intended to meet with appellant and determine whether he still desired to dismiss the appeal. If so, Mr. Churak stated he would file a proper motion to dismiss the appeal, or a supplement to the motion filed by appellant to bring it in accord with the Texas Rules of Appellate Procedure. Despite Mr. Churak's statement, we have yet to receive a proper motion to dismiss.

Accordingly, we must move the appeal forward. We therefore **ORDER** the court reporters, Herminia Torres and Bettina J. Williams, to file the reporter's records in this appeal in this court on or before **December 29, 2015**. Appellant's brief will be due thirty days from the date the reporter's records are filed.

We **order** the clerk of this court to serve a copy of this order on appellant, all counsel, and the court reporters.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.



_____
Keith E. Hottle
Clerk of Court